USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

VERONICA CABRERA,

                Plaintiff,

    -v-

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.

-------------------------------------------------------------X

19 **CIVIL** 7313 (ALC)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2020, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       May 7, 2020

                            **RUBY J. KRAJICK**

                            **Clerk of Court**

**BY:**

                            **Deputy Clerk**